UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN MADIGAN,
    Plaintiff

v.

GENERAL STAR INDEMNITY CO.,
    Defendant

CIVIL ACTION NO. 04-cv-12665-DPW

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, GENERAL STAR INDEMNITY COMPANY

The undersigned, counsel of record for Defendant, General Star Indemnity Company certifies that General Star Indemnity Company is a wholly owned subsidiary of the General Reinsurance Corporation, which is a wholly owned subsidiary of the General Re Corporation which is a wholly owned subsidiary of Berkshire Hathaway Inc. which is publicly traded on the New York Stock Exchange.

    Defendant,
    By its Attorneys,


    __/s/_ Samuel M. Furgang_____
    Samuel M. Furgang, BBO #559062
    SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
    101 Merrimac Street, 9th Floor
    Boston, MA 02114
    (617) 227-3030

Dated: December 29, 2004

2

## CERTIFICATE OF SERVICE

      I, Samuel M. Furgang, hereby certify that on the above date I served the within document by mailing a copy of same, postage prepaid, to the following counsel of record:

Michael C. Najjar, Esquire
Marcotte Law Firm
45 Merrimack Street
Lowell, MA 01852

                                              __/s/_____
                                              Samuel M. Furgang

357837