UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN MADIGAN,
    Plaintiff

v.                                                                CIVIL ACTION NO. 04-cv-12665-DPW

GENERAL STAR INDEMNITY CO.,
    Defendant

## DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned hereby affirm that they have conferred with a view to establishing, insofar as it is possible at this preliminary stage, a budget for the cost of conducting the full course - and various alternative courses - of the litigation; and to consider the resolution of the litigation through the use of Alternative Dispute Resolution programs.

                GENERAL STAR INDEMNITY COMPANY,

By:   /s/ John G. Carroll_____
       John G. Carroll
       Vice President and Claim Counsel of General Star
       Management Co., the managing general agent of
       General Star Indemnity Company

       /s/ Samuel M. Furgang_____
       Samuel M. Furgang, BBO #559062
       SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.
       101 Merrimac Street, 9th Floor
       Boston, MA 02114
       (617) 227-3030

Dated:  February  2, 2005

358574