UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN MADIGAN,<br>    Plaintiff<br><br>v.<br><br>GENERAL STAR INDEMNITY CO.,<br>    Defendant | CIVIL ACTION NO.: 04-CV-12665-DPW |

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The undersigned certify that they have conferred with a view to establishing a budget for the costs of conducting the full course, and alternative courses, of this litigation, and to discuss the potential for and to consider the use of alternative dispute resolution programs for resolution of the litigation.

JOHN MADIGAN,

By: /s/ John Madigan
John Madigan, Plaintiff

/s/ Michael C. Najjar
Michael C. Najjar, Esq., BBO#: 366740
Marcotte Law Firm
45 Merrimack Street, Suite 410
Lowell, Massachusetts 01852-1776
(978) 458-1229

Dated: February 4, 2005