UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN MADIGAN,
    Plaintiff

v.

GENERAL STAR INDEMNITY CO.,
    Defendant

CIVIL ACTION NO. 04-cv-12665-DPW

**JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE**

The parties to this action jointly move that the Court continue the scheduling conference to a date after March 10, 2005 that is convenient for the Court. As grounds for their motion, the parties state that counsel for the defendant has been in a skiing accident and has suffered serious personal injuries that prevent him from attending the conference on its presently scheduled date, February 10, 2005. Defense counsel anticipates that he will have recovered sufficiently to attend a conference held after March 10, 2005.

WHEREFORE, the parties jointly request that the Court continue the scheduling conference to a date after March 10, 2005 that is convenient to the Court.

| | |
|---|---|
| JOHN MADIGAN,<br>By his Attorney, | GENERAL STAR INDEMNITY COMPANY<br>By its Attorney, |
| /s/ Michael C. Najjar<br>Michael C. Najjar, BBO #366740<br>Marcotte Law Firm<br>45 Merrimack Street<br>Lowell, MA 01852<br>(978) 458-1229 | /s/ Samuel M. Furgang<br>Samuel M. Furgang, BBO #559062<br>Sugarman, Rogers, Barshak & Cohen, P.C.<br>101 Merrimac Street<br>Boston, MA 02114<br>(617) 227-3030 |

Dated: February 9, 2005