UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN MADIGAN
    Plaintiff,

v.                          CIVIL ACTION
                                NO. 04-12665-DPW

GENERAL STAR INDEMNITY CO.
    Defendant,

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

    The Court having been advised that the above-entitled action has been settled with respect to all parties;

    IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within 30 days, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal, Notice of Voluntary Dismissal, or an Agreement for Judgment with the Court no later than **AUGUST 6, 2005.**

    The motion hearing previously scheduled for July 13, 2005 is canceled.


                                              BY THE COURT,

                                              /s/ Michelle Rynne

                                              Deputy Clerk

DATED: July 6, 2005